Mr. Hale, whenever you're ready. My name is Robert Hale. I'm from Raleigh, North Carolina. Robert Hale and associates seated with me is Daniel Blau. He's an associate with my firm. I thank you for allowing us the opportunity to argue today. May it please the court. In 1892, the United States Supreme Court held in Maddox v. United States that private communications, possibly prejudicial between jurors and third parties, invalidates the verdict unless their harmlessness be made to appear. In 1954, the Supreme Court reiterated that basic principle in Remmer v. United States and held that any private communication, contact, or tampering between a juror and non-juror about the matter pending before the jury is to be deemed presumptively prejudicial. And again, in 1982, in Smith v. Phillips, the court held that the remedy for a claim of implied juror bias is a hearing where the defendant would have an opportunity to prove the existence of actual bias. In this case, the state court unreasonably applied this clearly established federal law in three ways. First, it failed to grant a hearing for the defendant to allow him the opportunity to prove actual bias. Second, it failed to presume that the conduct between Juror Foster and her father was presumptively prejudicial. And third, it applied an improper standard factually in denying a Remmer analysis because it looked only to evidence of tampering. And in fact, what it should have looked to was evidence of any contact, communication, or tampering with the jury. A hearing was, the state court's order indicates that this claim was denied as a matter of law based upon, based upon cases from this court regarding Bible reading. Robinson v. Polk, Lins v. Washington, Billings v. Polk, and Lynch v. Polk. All of these cases involved a juror's consultation of the Bible or recitation of Bible verses to other jurors. None of them involved the juror's contact with a third party during which the juror discussed the case or discussed the sentencing decision. Can I ask you a hypothetical to see how you react to it? If a juror goes home and says to her father, I'm sitting on a capital case, we have to decide whether there's life and death to allow a verdict of death. And the father says, yes, the Bible has the eye for an eye. And she says, thank you, reads it, and that's it. She's looking for the ability morally to make a judgment. Is that a violation of Remmer? That's all she tells the father. I'm sitting on a case in which I have to decide life or death, and I need to know whether there's moral support for the death penalty in the Bible. Well, if all that they discuss is that there is... That's what I said. Nothing more. I believe it could still be a violation of Remmer, but we don't know that that's what happened in this case. All right, look. But if that's... That's hypothetical. I need to know what your position is on that. If all he said was there is moral support in the Bible for the imposition of death, it still would be an improper contact, and it would need to be resolved at a hearing. Didn't discuss the evidence in the case, didn't discuss the defendant, didn't discuss any... Basically, she's saying, I have a life or death decision to make, and can I make that for an I phrase in the Bible, several places, and gives her one. And she says, okay, thank you. Now, that's the hypothetical I'm giving you. Yes, sir. And you say that violates Remmer? Well, I say that, to begin with, it's a private, extrajudicial communication. Answer yes or no, and then proceed with your explanation. If the conversation was simply... I gave you the hypothetical. There's nothing more in it. If you don't want to answer it, don't answer it. But I respectfully suggest to you that seeking moral support for a position maybe should have called out when they did voir dire, could you, Madam Juror, impose the death penalty if the evidence supported it? But it seems to me that she wasn't at that point. She basically was seeking, in my hypothetical, seeking moral support. And then the question, my follow-up question, obviously, would be how is that different from here? Well, if Your Honor, I believe that the inquiry must first proceed from what the conversation was. I gave you the hypothetical, and you've never answered it. It would help our discussion, but my hypothetical is she comes home and says, as a juror, I have to make a life or death decision. Is there moral support in the Bible for me to give a death penalty? That's where I was going. But she's inviting there is his view of the Bible. I'm just asking, is that a violation of the law? I guess it just calls for you to say yes or no if you can, and then explain your response. I would still submit that it is a violation of RMR, yes, because it is a private contact with another party about the matter pending before the jury. Whether it's prejudicial may be a different story, and this court... All right, let me change the hypothetical. She comes home and she says, dad, I have a very difficult decision to make involving life, death, liberty of a defendant. Will you help me to pray to reach the right decision? And he helps her to pray to reach the right decision. Is that improper conduct? It's still improper conduct, because if she's speaking... And what's your case to support that? It's certainly conduct that warrants an inquiry to find out what their prayer was about. I'm asking you as a matter of legal constitutional law, is that a violation of the Constitution based on what I just told you? And you're saying it is, and now I need to have from you what case are you relying on to support that? I would rely back on RMR, Judge, and I think that... OK, fair enough. I understand where you are. And that because what is required is then an inquiry into harmlessness. And if there... Well, if it's error, if it's improper. Well, if any private contact or communication with another person who is outside of the jury is held to be deemed presumptively prejudicial, then the presumption should apply under this clearly established... So she goes to church and she tells her priest, I have to make a very difficult decision tomorrow. I have to make a life-or-death decision. Will you help me to pray? And the priest and she pray together and says, Dear Lord, give me the guidance to make the right decision. Improper? If she prays through herself, no. I say no if. My hypothetical. I don't want to get new... She's with the priest. And the priest guides her in the prayer. Well, to the extent... If the priest guides her in such a way as to direct her to a specific biblical... You can't answer my questions, can you? I asked a question that asked, does that violate the law? My hypothetical. Not if. I don't want you to change the facts. Well, I'm trying to answer your question, Your Honour, and what I believe... I told you that she goes to the priest and says, tomorrow morning I have to make a difficult decision about the life, death, or liberty of a defendant. And would you help me to pray to make the right decision? He says, yes, I will. And he then posits a prayer and she says, amen. And the prayer is, Dear Lord, give this woman guidance to seek the right result. No, sir, I don't think that is a violation. Okay, fair enough. Thank you. But I think when the evidence is different than that, and the evidence is that she goes and speaks with her father and they have a conversation about an eye for an eye in response to her request for where she should go for guidance, and he directs her to one specific passage that says one specific thing, rather than saying, honey, just go pray on your Bible, that's a completely different situation. And that's when... Your Honour, I agree it's different, but I'm not sure that the father and the daughter, in my hypothetical, is talking about the case any more than the daughter and the priest is. Well, to the extent that... Whether or not it's about the specific case is... I mean, it is certainly important that it's about her sentencing decision. But if... As in this case, and our evidence says that the juror asked her father where she should look for guidance, then they had this conversation about an eye for an eye before he even knew what the passage was or exactly where it was. This is a conversation about if someone kills someone, then someone should not... What's the linchpin of your argument here? Is it because a Bible verse was discussed? It was because there was a conversation with somebody outside the jury? Or a conversation with her father outside the jury? Which is the linchpin? It's because it was a conversation with a third party who was not a member of the jury. Is the status that it's her father, is that important at all? Yes, it is, Your Honor. It's very important, because this is somebody who she... I'm not trying to get you to answer. What's the linchpin? If this had not been her father, would you still make the same argument? Yes, but I think it would turn on... No, no, I just said, would you make the same argument if she went to a neutral person and found a Bible verse? That would still... You think that would still be improper? I think it would be improper, I do. When I say improper, I'm talking about unconstitutional, you understand? Do you think if there had been a neutral conversation that hadn't included any reference to a Bible verse, would you still make the argument? If it was a conversation about her sentencing decision, yes. So your linchpin is... ...had a conversation with somebody outside the jury that, in some way, can be seen as relating to the case. That's what you think. But is that the linchpin to your argument? The linchpin is that there was a violation of Rimmer because it was a private contact and communication about her sentencing decision with somebody who was not a member of the jury. And in that conversation, an opinion from her father was given to her when he directed her to one specific passage and not the Bible generally. Does the fact that he's her father carry any weight in your analysis? Absolutely, it does. Particularly in terms of prejudice because this was somebody who she obviously respected, she described as a great parent. Did he know the Bible verse or did he have to go and find the Bible verse? He did not know the... He knew about the eye-for-an-eye concept and that's what they discussed but he did not have the verse and so he contacted his mother. His mother then gave him a specific reference which then he... This being the girl's grandmother? I'm not exactly sure if it was his grandmother but it was his mother. Then he provided that reference and another private conversation to his daughter which she then read. Why isn't that like a search engine, like a Google search? Why doesn't the father step in the shoes of a Google search engine? Well, because first of all the father is looking through his lens of the Bible. If you type in, if you do a Google search... If you do a Google search you're going to find somebody's view of what the Bible says. Well, you're also going to find a whole lot of other views. You don't have to look at them though. You can just pull up the first one and look at that one. I'm just asking why isn't he analogous to a search engine? A search engine would come up with a lot of different results. He came up with one and in his mind as he discussed with her... What if you used a search engine and you went with the first response that came up and that's all that you read. Would that bother you? Would that be a violation rather? Well, it's not a private contact with a third person about the subject matter of the litigation and anyway we don't know exactly what was discussed. You don't think that would be a constitutional violation? I think that if he said it's just like a search engine. If you type in, which I have... We all know how that works. I'm just asking. You don't think that would be a violation? I don't think it would be a violation, no, if she did a Google search. I don't think it would be a violation if she picked up the Bible and opened it up and just wherever it landed she read it. I don't think that would be a problem. What if she went looking for that specific verse in the Bible? I don't think that would be a problem. So the problem is not the Bible verse. The problem is not extraneous information. The problem is limited extraneous information? The problem is conversation with the father that gets this out of the realm of Bible reading or even her own Bible searching. The problem is... There was a suggestion that the father was reflecting on the case or the evidence. She didn't tell him anything about it. There's no evidence that she did. So she's had to tell him, I have to make a life or death decision. Is there any support for a death decision in the Bible? And he says, eye for an eye. Well, that's not exactly what she asked him. She asked him where she should look for guidance. Where she could look for guidance? And he directed her to one specific passage. He didn't say, she didn't say, please tell me all of the places in the Bible. She said, where do you think I should look, dad? Where do you think I should turn for help and guidance? And she shouldn't have done it. What she did was invited him to look through his view of the Bible and then transmit that to her. Is it clear that it was one specific passage or one specific concept from the Bible? It's clear that there was a concept discussed and then a passage later provided that she read. But this is not a Bible reading case. It's an improper contact with father case. It deserved a hearing. Is the standard whether or not we think it's a violation or is the standard whether or not isn't the standard whether we think the state was unreasonable in saying that it was not a violation? It is the latter. It is whether or not the state court reasonably could have determined that it was not a violation. It's stronger than that. We have to find that it was unreasonable. Right? Right. It was unreasonable. We have to defer to the state in a very strong deference because Congress does not want us second guessing the states unless it's in court law. That is correct. Let's hear from Ms. Hollis. Good morning, Your Honors. Judge Niemeyer, I think you've hit the nail on the head here with the standard. It's whether you guys think it's where the court thinks it's unreasonable. An unreasonable application of clearly established law. And giving the hypotheticals to Mr. Hale, he cited absolutely no case law, not from the U.S. Supreme Court or even for that matter from this court to support his position that this was an unreasonable application here. And I think that what he has what the petitioner has done is asking the court to forego the habeas standards and to read the Supreme Court cases, particularly Rimmer, at a high level of generality. And in fact, I think if you listen to him, he's asking you to read out the qualification that it be about the matter pending before the jury. And with regards to the habeas standards, Judge Niemeyer, this is not a violation of the Constitution, what happened here. But you said you're not sure whether it was a violation. Well, that's the habeas standard where you have to have no possibility that fair-minded jurists disagree that the state court decision conflicts with the U.S. Supreme Court case law. And we simply don't have that here. And we know from the U.S. Supreme Court case law, the case law of this court, that what is clearly established is an extremely strict requirement. It's the holdings of the U.S. Supreme Court cases. And Rimmer is not a clearly established law here. Rimmer dealt with a bribe of a juror during trial that was an FBI. And with that, the necessary implication for that is that the state court did not unreasonably apply a clearly established law. Let me ask you this. The incident that we're talking about, did this occur during a criminal case? Yes, sir. And was it a private communication? Yes, sir. It was not in front of the jury. And was it with a juror during a trial? Yes, sir. And was the subject matter of it the matter pending before the jury? No, sir. It was not. Whether or not to give the matter pending before the jury? As was discussed with Mr. Hill, this involved the jurors in examining her internal conscience asking her My question was, did the subject matter of the conversation involve the death penalty and whether or not that was a matter pending before the jury? No, it did not. It didn't? What were they talking about? They were talking about the jurors internal conscience. She did not ask her father. I think the examining this case. She did not ask her father what punishment to impose. I didn't ask if she asked for her opinion. I asked if the subject matter of the communication was a matter pending before the jury. No, Your Honor. It was not about the Hearst trial, specifically. Had nothing to do with the death penalty? It had to, Your Honor, no. It had to do with her internal conscience. She used her father as Judge said, indicated and what the magistrate judge below said as a neutral index Well, I didn't indicate that. I asked the question about that. I'm sorry, Judge Shedd. You indicated through your questioning that she used her father as a neutral index and one who could simply point her in biblical materials that related to her decision. Related to what? Her internal conscience and how that related to her decision. To do what? To impose the death penalty. Right, and you don't think that's a matter pending before the jury? Your Honor, the cases do not read that way. You look at the Bible reading cases from this court and they talk about jurors reading the Bible specific passages eye for an eye and it's an examination of their own internal consciousness. You just deny that the subject matter of the conversation was a matter pending before the jury? Yes, Your Honor, because of the same case? I mean, is this Hearst versus Lassiter? Yes, Your Honor. Because in those, I think if you look at those Bible reading cases, what we have here is we have like you pointed out, we have a contact but then the subject matter of the contact regarded, dealt with the Bible. And you look at cases from this court determining what the clearly established law is regarding the Bible and it says the Bible does not bear on the fact of the case. It has no value in weighing the aggravating and mitigating evidence. The facts in this case are actually a little more helpful and you didn't point them out, but a little more helpful to you because it looks as if she had already made the decision that the death penalty was the appropriate standard. She said there was just not enough evidence presented in mitigation and she explained why. So it looked clearly and then she said this was an emotional case. It looks clearly like she was seeking moral support from the Bible to make a decision, to support a decision that she had made. That's correct. And the moral support was to find whether the Bible would authorize her to put in the death penalty. And my supposition in reading that together with what she said she talked to her father was I mean, you don't need the Bible to say no death penalty. You need the Bible to say will it entitle me to if that's my decision. And the father says I for an eye tooth for a tooth. So I don't think you can read anything more based on this record than the fact that she was seeking moral support for a death penalty sentence that she had already decided to do. And she said there just was not enough evidence presented in mitigation. That is correct, Your Honor, and I believe that that is why this case is very closely related to the Bible reading cases from this court. And that is why the state court's reliance on those cases was not going that way was not This seems to me that this is just sort of an issue with the case. If I understand your position. As I understand it, it looks as if she was talking to her father about the case she was sitting on. I don't think there's any evidence in the record that he knew about that case, but you got to wonder his daughter wasn't disappearing for days on end. I mean, he knew his daughter was doing something. My guess is it's not too much of a link to know that for him to know she's involved in that case. I don't think there's anything in the record that indicates that. Is there? There is nothing in the record that indicates that. But then it does sort of harken back to sort of like a little crevice in the law as to it looks like in a general sense in a general sense in response to what Judge Tracz asked you it's not any indication she was just having some philosophical dinner discussion about the Bible with her father. She was driven by what she was doing. Isn't that right? She was driven about the circumstances she was in. You characterize that as having to make a personal decision. Yes, sir. Right? But that personal decision was driven by the fact she was in a criminal case, right? Yes, sir. That's why it does look like that conversation pertained to that case or to the death penalty or whatever. So why is that not so? Well, I think you can look at those Bible reading cases. I was going to suggest your answer is it harkens to those cases where you look at the Bible reading case and they're not reading the Bible for general edification or hope to go to heaven. They're reading the Bible for guidance for them to know what they do in a death penalty case. And this court has said that those cases are not where the state court has found that there's no error there. Those are not unreasonable applications of court cases. So then does that harken back to the standard of review in your opinion? Absolutely, Your Honor. Then you will state what then that would be. You would think it's not unreasonable for the state court to have done what? To find there was no error. Based on what analysis? Based upon the analysis that what we have here is an innocuous contact between the father. He was a neutral index. I think the magistrate judge tagged that right on there. He was a neutral index and you get past that and you just have somebody consulting an implement of faith to satisfy to comfort their internal conscience. So you see that as it's not unreasonable for a state court to look at the state of the law and say this is more like the Bible reading cases than it is anything else. And although they could be exactly right or exactly wrong, and I don't think you probably wouldn't say they were wrong, but without making a statement of if they had the best interpretation of that law or not, you think it is good, but you think that it certainly wasn't unreasonable for them to assess it in the way of looking at a Bible cases. Yes, Judge Shedd. I think your discussion there and what Judge Niemeyer said about well I'm not sure if this was that's the habeas standard. We are in habeas. Now explain to me that that being the case now why you think that if she had just gone to the Bible herself to find those verses you think absolutely no question solid ground based on our decisions in this court? Absolutely, no constitutional violation. And so now what does it matter that the language back to her? What about that? Isn't that more than a neutral index that your father answers the question for you? I don't think that matters. I think the district court judge below said what I would say is not a constitutional violation say well Would it matter does the father's language back to her matter? In other words is there a difference between find me a Bible verse and what do you think those Bible verses mean dad? Does that make a difference? Why would that make a difference? Well I think what do those Bible verses mean? That gives him an opportunity and opens the door for him to impose I think we're getting closer. I'm not sure that that's where the line is. I think that's another good point here what we have from the U.S. Supreme Court this line between internal and external is not very clear this court said that in Robinson it pointed to that again in Lentz we don't have anything very clear and I think that confirms that the state court here didn't act unreasonably. Why then would it be helpful to have a hearing to develop the record on exactly what happened? You know we're throwing hypotheticals on both sides and maybe if you change the phrasing of the communication between the father and the daughter it might make a difference why no hearing? Well first of all no hearing because under Cullen v. Penholster the determination under 2254d must be made based upon the state court record and we don't have that they have not overcome that this is clearly not an unreasonable application of clearly established law they haven't overcome that they are not entitled to a hearing in federal habeas on this issue and the petitioner has argued that the clearly established law says well you get a hearing anyway you get a hearing every time there's an allegation well that's simply not the case. I point the court to the case of Billings v. Polk 441 F. 3rd 238 specifically page 245 and footnote 5 on that page. In this case the court recognized that the Supreme Court has long held that the remedy of allegations of juror partiality is a hearing. But didn't the defendant try to get a hearing in state on this? Yes he did. But he didn't get one. He didn't but he's not entitled to a hearing in federal court still unless he overcomes 2254d which he hasn't done But don't we get to review whether or not the denial of his request for don't we get to review in some way the state's denial of his request for a hearing? Not if he doesn't overcome 2254d I believe in district court the defendant made an argument based upon this court's line of cases in Winston v. Kelly and Winston v. Pearson that in that case it says there are times when there can be de novo review and the submission of new state court refused to hear Wait a minute There has to be not a de novo hearing by us I'm talking about doesn't the federal district court at some point get to review a claim in the habeas petition that the defendant asked for was entitled to but was improperly denied a hearing of some sort at state court? Not unless he overcomes 2254d and with that if he does under 2254e2 he must have shown amount of diligence in requesting the hearing so just requesting the hearing won't get him there I thought you were going to talk about diligence but you think you don't even get to a discussion of diligence in this case Not if they don't overcome 2254d but if they do and here the district court made findings of fact indicating that they did not exercise diligence in investigating this claim But you think that the court shouldn't have even gotten to that issue? Well I think that the court determined that issue on a motion for depositions prior to the time that the court made the decision so it sort of had to do it in anticipation of what might happen but in any regard the district court here made findings of fact that they did not exercise diligence in investigating In your estimation what was the single most important fact that the district court found that showed lack of diligence Well I think that they I think you have to look at the contrast between what they wanted to ask in federal court  the state court they were seeking so in federal court they submitted Is that lack of diligence? Well I think it's lack of diligence in not seeking in not telling the state court what it wanted specifically what it wanted the evidentiary hearing for Was that lack of diligence or failure to articulate? I think it goes along with the fact in this affidavit submitted by the investigator that he didn't say Or let me ask you this way in your estimation what single thing should maybe more than one thing what's one thing clearly that the defendant should have done to show diligence that he didn't do? Well I think the biggest finding of fact in that regard is that they presented no evidence indicating why they couldn't have asked the father these questions they clearly had access to the father his access was never restricted we have no record evidence indicating that it was and with that again I'll point to what they told the district court they wanted to get at it was like 13 very detailed questions they never mentioned that to the state court I think it's important when you're looking at diligence you know to look at what was reasonable and I think in this case they are seeking to overturn a jury verdict they're seeking to ask questions of the juror her father her grandmother the father's mother and Yeah but you have to allow sometimes there can be a constitutional error arising out of what a jury juror talks to somebody outside the jury room about and that would overturn a jury verdict perhaps absolutely but with that standard in mind with the sacredness of the jury verdict I think to exercise diligence they're going to have to do more than what they did in this case and they clearly had access to the father they didn't tell the state court any specific they asked the only specific question they asked and this was a finding by the district court was which exact passage was given to the juror I think given the fact that we're trying to overturn a jury verdict what is reasonable is more than what they did in this particular case Let me ask you this first of all I think Judge Shedd very skillfully pulled you back from the ledge but as I understand it let's just assume that the language of rumors met that there was a criminal case there was a private communication it was with a juror during a trial and it was about a matter pending before the jury let's just assume that and stop we won't continue that other argument but we've said in this court that that's not the end of the inquiry because the decision has to be made first of all as to whether or not the contact was innocuous or not and if it's innocuous that's the end of it you don't presume prejudice you don't need a hearing you don't need to go any further if it's more than innocuous then of course the opposite occurs and the Judge seems to have adopted our reasoning in that regard by citing our cases particularly with regard to those cases involving consultation of the Bible so I don't understand why you want to argue about whether it was a matter before the jury and deny that instead of taking the position that this is an innocuous communication and that the Bar Court is simply making the same decision we've made and then take your argument from there I just don't understand why you want to disavow any relevance for Rimmer Well I think I'm basing that on the reading of the Bible cases and saying you know it's not an unreasonable thing to read Rimmer that way to say that the Bible doesn't involve the issue but also I have argued I think the contact was innocuous and as Judge Shedd did with his questioning using her father as a neutral index that's what we have here and so I think that that is a reasonable way to look at this I think there are several reasonable ways to look at this Well if the communication between the father and the daughter involved the daughter's relation of the facts that moved her to conclude that the death penalty was an issue he said they took the man out to a field and shot him in the back of the head and the father said directed him to the passage we'd have a serious problem wouldn't we Yes your honor that would be a constitutional violation because that's about the subject matter before the jury the father knows about the facts of the Yes sir I think Judge Traxler's positing of Bremer is probably where Bremer is it does say about the case and there is a question whether it's about the case what they meant when they said that if it's just and I was trying during my questioning of your colleague was suggesting that if you inquire about the moral basis for decision making as opposed to the decision on the evidence that that may not be about the case it may be about my moral compass as to whether I can make the decision and I would have thought that that moral decision should have been uncovered during voir dire rather than during this phase but that all said when I read her statement it looks to me like she would have qualified as a juror could have qualified as a juror but now was facing the emotional as she said very emotional decision of whether I can impose the death penalty she clearly states that she thought the evidence supported the death penalty and then she said after the trial juror Kim Anderson shared with me how she had been struggling and having a hard time with choosing the death penalty and so they both looked like they were the evidence indicated death penalty but they needed the ability morally to do it my question would be as a matter of constitutional law in facilitating that moral ability to make the decision is that about the case and does that fall under Remmer or is that something extraneous that's part of the makeup of the people and is not an improper influence I'm running out of time may I answer your question sir? it is not an improper influence in my reading of the cases the uncertainty tells us the uncertainty that you have expressed tells us that this was not an unreasonable application under the habeas standards to say well you said you're not sure whether Remmer could be read that way Remmer could be read to include the moral decision well let me go just one step further yes she says to the father she says he probably should get the death he probably should get the death penalty doesn't relate to the evidence but this man should probably get the death penalty I'm having a lot of trouble and I don't think I can impose it unless the bible tells me I can and the father says oh there's a place in the bible that tells you you can an eye for an eye and she now feels better and she imposes the death penalty is that an improper influence that's not under that's that is not an improper influence I think you're getting closer I think you're getting a little bit closer but like Robinson this court said in Robinson that line is just really unclear US Supreme Court case law is unclear where that line is and for that reason the state court decision here was not an unreasonable application let me say this let's take judicial notice of the fact that I hate to turn down a compliment from another judge but I'll say this the reason that I asked those questions because I have I have some of those same questions and honestly your response to Judge Trash's question didn't really sit right with me it didn't he seemed like it was a reasonable question was it about that and I know that I think the record is I actually lack some information that could be in the record if somebody had been more diligent perhaps that we would know you could have the father could have been asked further about it those kind of things but it just I thought you quite frankly I don't mean this to be offensive to you you were slicing it like a lawyer you were looking at the law and slicing it but in the general context those answers just didn't really seem ring true or ring responsive to Judge Trash's question that's why I was saying those cases they are hard they are hard and that's why it seems to me that perhaps the deciding factor comes down to our standard of review not what we say in the first instance but whether or not it's unreasonable for the court to have decided in these facts what they decided yes and I'm sorry your honor I didn't mean to not answer the question no I thought you were answering you were just slicing it very very thin and in slicing it thin it just I thought I think it was responsive but it's sort of in a general sense just sort of felt to me like it was an odd response that's why just for note thank you your honor thank you Ms. Hollis Mr. Hale you have reply time regarding the issue of innocuousness my understanding of the case law referring to innocuousness describes it as a minimal standard that seeks to determine whether there is any reasonable possibility that the jurors verdict could have been influenced by the conversation and based on this courts prior decision in Fullwood vs. Lee where there are allegations of improper jury conduct which if proved might be true a hearing is what the remedy is that is required and this court can find a violation of 2254D based solely on the failure to grant a hearing because the hearing is what is what Smith requires that's a separate issue than the ruling on the record here the issue now is if the state court record is inadequate should we allow it to be expanded in the federal court and I think the relationship between the state judicial system and the federal judicial system as articulated in 2254 and by the supreme court and they get tougher and tougher every year they would like I think to not even have the federal courts involved in state proceedings and have them be the direct review except of course the great writ is applicable to any judge so the more recent opinions as you follow the trend in habeas they really want to defer and in this case they we're going to review whether a state court was unreasonable in the application of law based on the record before the state court exactly and the state court was unreasonable because it failed to grant a hearing on the basis of evidence which was reasonably likely to have prejudiced the juror and that's why this court doesn't need we don't need what about the question of diligence in pursuing that we hired an investigator to go for the district court to look at the question of diligence absolutely absolutely and we would I would argue to the court that we were diligent we had an affidavit from the juror herself it was corroborated by her father those affidavits established a violation of rumor and because they established an outside communication with a third party about the matter pending before the jury that alone should have triggered a hearing so that the state court could determine what the effect of that conversation was you think a google search would not have been that would not qualify as being improper no your honor do you think that's because it didn't present the same issue or the courts haven't caught up with what internet is I believe it doesn't present the same issue why is that because you think the father has some influence I think the father had some influence and I think exactly what he told her matters to the we don't know but we don't know what she would have found on an internet search I'm asking you what is it about what is it about the internet search that's okay but talking to her father that isn't I'm not arguing with you I'm asking you well because the father is somebody she obviously respected she ate with him all the time through the trial stop for a second if she had that conversation with a third party that wasn't her father and wasn't particularly close to her that would be more like an internet search in your mind I think that it would go to the issue of whether there was would that be more like talking to a father or more of talking to an internet I think it would be more like talking to the father I don't think she should be talking to anybody about her life or death decision but on internet she's in essence getting information all that talking is is getting information well if she was talking in a chat room to somebody I believe it would be a lot more like her father but if she's just searching on her own and looking for places that would reference to her in a truly neutral fashion where to look in the Bible but you know this takes me back to my very question of what the linchpin of your argument is if she did an internet search which you say is okay and all she asked was isn't there something in the Bible for an eye for an eye you think that would be okay I think that would be that would not be a violation of Rimmer okay but if she just went to somebody on the street she was thinking excuse me isn't there something in the Bible about an eye for an eye you think that would be okay or not okay I think that when she has conversations with a third party about the subject matter of the case it triggers a presumption of prejudicial impact at which point the state should have to prove that it was not prejudicial so then you don't think that the fact that he's her father is necessary you think it's helpful I think it helps get over the threshold of what is innocuous or not I think it makes it more likely that there's a reasonable possibility of influencing her that triggers the need for an inquiry for this court to order that a hearing be held so that there can be an examination of what the prejudicial effect was Mr. Hale I appreciate your argument and I note your court appointed we appreciate very much your undertaking representation of this client we'll come down and greet counsel and then go into our next case Thank you
judges: William B. Traxler, Jr., Paul V. Niemeyer, Dennis W. Shedd